# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Lewis Limited, LLC | ) ASBCA Nos. 58418, 59128, 59431 |
| | ) |
| Under Contract Nos. FA3300-10-P-0352 | ) |
| FA3300-11-C-0070 | ) |

APPEARANCE FOR THE APPELLANT:    Lee Dougherty, Esq.
Montgomery Fazzone PLLC
Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
Air Force Deputy Chief Trial Attorney
Anna F. Kurtz, Esq.
Capt Michael C. Ahl, USAF
Phillip E. Reiman, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

Both parties have filed and stipulated a motion to dismiss these appeals with prejudice executed by counsel for both parties. Accordingly, these appeals are dismissed with prejudice.

Dated: 26 January 2017

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58418, 59128, 59431, Appeals of Lewis Limited, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals